THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES AND SHELLEY HEATH,

    Plaintiffs,

v.

ING FINANCIAL PARTNERS, INC.;
RHONDA L. BREARD, and BREARD &
ASSOCIATES WEALTH MANAGEMENT,
LLC,

    Defendants.

No. C10-00388 TSZ

**RESPONSE TO MOTION TO COMPEL ARBITRATION**

COMES NOW Rhonda L. Breard, by and through her attorneys of record Ronald J. Friedman and the law firm of Lane Powell PC, and in response to Defendant ING Financial Partners, Inc.'s Motion to Compel, herby states that she does not oppose the Motion to Compel Arbitration.

DATED: May 28, 2010

LANE POWELL PC

By /s/_____
Ronald J. Friedman, WSBA No. 41629
Attorneys for Defendants Rhonda L. Breard, and
Breard & Associates Wealth Management, LLC

RESPONSE TO MOTION TO
COMPEL ARBITRATION - 1
Case No. C10-00388 TSZ

124719.0003/1849970.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 28th day of May, 2010, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Karl Phillip Barth
Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1918 8th Avenue, Ste 3300
Seattle, WA 98101
Telephone: 206.623.7292
Fax: 206.623.0594
Email: karlb@hbsslaw.com
Email: steve@hbsslaw.com

Shannon L. McDougald
McDougald & Cohen PS
2812 E Madison Street, Ste IV
Seattle, WA 98112
Telephone: 206.448.4800
Fax: 206.448.4801
Email: smcdougald@mcdougladlaw.com

Executed on May 28, 2010 at Seattle, Washington.

/s/
Ronald J. Friedman
WSBA No. 41629
Lane Powell PC
1420 5th Avenue
Suite 4100
Seattle, WA 98101
Telephone: 206.223.7000
Fax: 206.223.7107
Friedmanr@lanepowell.com
Attorney(s) For: Defendant Rhonda L. Breard

RESPONSE TO MOTION TO
COMPEL ARBITRATION - 2
Case No. C10-00388 TSZ

124719.0003/1849970.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107