The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JIM and SHELLEY HEATH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ING FINANCIAL PARTNERS, INC.; RHONDA L. BREARD, BREARD & ASSOCIATES WEALTH MANAGEMENT, LLC; and COLLEEN M. BROWN,<br><br>Defendants. | No. C10-00388-TSZ<br><br>STIPULATION REQUESTING EXTENSIONS OF TIME AND ORDER<br><br>NOTED ON MOTION CALENDAR:<br>June 4, 2010 |

## STIPULATION

Defendant ING Financial Partners, Inc. ("IFP") filed a Motion to Compel Arbitration and Stay Proceedings ("Motion") on April 30, 2010. By order of the Court, James and Shelley Heath's response to the Motion is currently due on June 7, 2010 (Dkt. No. 14). The Motion is noted on the Court's Motion Calendar of June 18, 2010.

IFP and the Heaths continue to confer about the Motion, the Heaths' response to the motion, and other matters related to case. Accordingly, IFP and the Heaths hereby stipulate, and request that the Court order, as follows:

> Plaintiffs' response to the motion to compel shall be due on or before June 21, 2010 and the reply shall be due on or before June 30, 2010 and the Motion shall be noted for July 2, 2010.

STIPULATION REGARDING EXTENSION OF TIME AND
[PROPOSED] ORDER - 1
Case No. C10-00388-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

006156-11 374065 V1

No other case dates will be affected by this extension of time.  IFP and the Heaths agree that IFP's agreement to this stipulation does not constitute a waiver of its right to pursue arbitration of the matter and does not confer subject matter jurisdiction over IFP.

DATED this 4th day of June, 2010.

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Attorneys for Plaintiffs

By: /s/ Karl P. Barth
Steve W. Berman, WSBA #12536
Karl P. Barth, WSBA #22780
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: karlb@hbsslaw.com

**McDOUGALD & COHEN, P.S.**
Attorneys for Defendant ING Financial Partners, Inc.

By: /s/ Shannon L. McDougald
Shannon L. McDougald, WSBA # 24231
Coby Cohen, WSBA #30034
2812 E. Madison Street, Suite 4
Seattle, WA  98112
Telephone:  (206) 448-4800
Facsmile:  (206) 448-4801
Email: smcdougald@mcdougaldlaw.com

**ORDER**

It is so ordered.  Dated this 10th day of June, 2010.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

STIPULATION REGARDING EXTENSION OF TIME AND
[PROPOSED] ORDER  - 2
Case No. C10-00388-TSZ



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

006156-11 374065 V1